In the Matter of YOGA VIDA NYC, INC., Appellant. COMMISSIONER OF LABOR, Respondent.

Submitted December 14, 2015; decided February 11, 2016

Motion by Legal Aid Society for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judges STEIN and GARCIA taking no part.